FILED
JAN 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **08CR 0054** |
| v. | ) Violations: Title 18, **JUDGE KENNELLY** |
| | ) United States Code, Sections |
| | ) 669(a) and 1344 |
| MARITZA SANTANA | ) |

**MAGISTRATE JUDGE KEYS**

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1. At all times material to this indictment:

    a. Victim A was a licensed dentist who maintained an office in Chicago, Illinois, at which he provided medical services to the public in exchange for payment, thereby constituting a health care program within the meaning of Title 18, United States Code, Section 24(b).

    b. Victim B was a licensed dentist who practiced in the office of Victim A, providing medical services to the public in exchange for payment, also thereby constituting a health care program within the meaning of Title 18, United States Code, Section 24(b).

    c. Defendant MARITZA SANTANA was employed by Victim A as an office manager and receptionist, and provided similar services to Victim B under the terms of an arrangement between Victim A and Victim B.

    d. Both Victim A and Victim B received payment for their services to patients in the form of direct payments from the patients themselves or of payments from insurers under whose plans of insurance the patients were covered;

2. Between the approximate dates of February 4, 2000 and February 22, 2005, at Chicago, in

the Northern District of Illinois, Eastern Division,

MARITZA SANTANA,

defendant herein, knowingly and willfully embezzled and stole over 100 checks, in an aggregate amount exceeding $40,000, payable to and belonging to Victim A in payment for dental medical services provided by Victim A to patients;

In violation of Title 18, United States Code, Section 669(a).

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1. Paragraph 1 of Count One is realleged and incorporated as though fully set forth herein.

2. Between the approximate dates of January 14, 2003 and February 22, 2005, at Chicago, In the Northern District of Illinois, Eastern Division,

MARITZA SANTANA,

defendant herein, knowingly and willfully embezzled and stole over 50 checks, in an aggregate amount exceeding $20,000, payable to and belonging to Victim B in payment for dental medical services provided by Victim B to patients;

In violation of Title 18, United States Code, Section 669(a).

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1. At all times material to this indictment:

   a. Mid America Bank FSB ("Mid America Bank") was a financial institution with its main branch at Clarendon Hills, Illinois.

   b. The deposits of Mid America Bank were insured by the Federal Deposit Insurance Corporation.

2. Between the approximate dates of February 4, 2000, and February 22, 2002, at Chicago, in the Northern District of Illinois, Eastern Division,

### MARITZA SANTANA,

defendant herein, devised and participated in a scheme and artifice to defraud Mid America Bank.

3. It was a part of the scheme that MARITZA SANTANA embezzled and stole from the dental office at which she was employed as office manager, checks payable to Victim A and Victim B, which had been sent to the office in payment for dental services rendered to patients by Victim A and Victim B, and which were the property of Victim A and Victim B.

4. It was further part of the scheme that MARITZA SANTANA forged and caused to be forged purported first endorsements of Victim A and Victim B, and then added a second endorsement in her own name.

5. It was further part of the scheme that MARITZA SANTANA then presented the checks to Mid America Bank for payment in cash, thereby exposing Mid America Bank to a total risk of loss exceeding $60,000.

6. On or about December 3, 2004, at Chicago, in the Northern District of Illinois, Eastern

Division,

MARITZA SANTANA,

defendant herein, knowingly executed the scheme and artifice in that she presented to Mid America Bank for payment in a cash a certain check, number 54942528 of Metropolitan Life Insurance Company, payable to Victim A in the amount of $446.25, and dated November 29, 2004;

In violation of Title 18, United States Code, Section 1344.

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1.  Paragraphs 1 through 4 of Count Three are realleged and incorporated as though fully set forth herein.

2.  On or about December 8, 2004, at Chicago, in the Northern District of Illinois, Eastern District,

### MARITZA SANTANA,

defendant herein, knowingly executed the scheme and artifice in that she presented to Mid America Bank for payment in cash a certain check, number 0034132980 of The Guardian Life Insurance Company of America payable to Victim B in the amount of $400, and dated November 30, 2004;

In violation of Title 18, United States Code, Section 1344.

## COUNT FIVE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1. Paragraph 1 through 5 of Count Three are realleged and incorporated as though fully set forth herein.

2. On or about January 19, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

MARITZA SANTANA,

defendant herein, knowingly executed the scheme and artifice in that she presented to Mid America Bank for payment in cash a certain check, check number 4687 of Brenner Appraisal & Research Associates, payable to Individual A in the amount of $150, and dated January 10, 2005;

In violation of Title 18, United States Code, Section 1344..

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY