Minute Order Form (rev. 4/99)

LF

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE KENNELLY** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 05 GJ 557 | DATE | JANUARY 22, 2008 |
| CASE TITLE | US v. MIRITZA SANTANA | | 08CR 0054 |

Notice: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING**     **MAGISTRATE JUDGE KEYS**

The Grand Jury for the ___SPECIAL AUGUST 2006-1___ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge ___Ashman___

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**

JAN 2 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#