## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 54 | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. Maritza Santana | | |

**DOCKET ENTRY TEXT**

Arraignment held. John Murphy is appointed as counsel for defendant. Defendant enters a plea of not guilty to all counts of the indictment. 16.1 conference to be held by 2/20/2008. Pre-trial motions due by 3/20/2008. Response to motions due by 4/21/2008, and reply briefs by 5/5/2008. Jury trial set to 9/15/2008 at 9:45 AM. Status hearing set for 6/5/2008 at 1:30 PM. Ordered time excluded pursuant to 18 U.S.C. 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|