# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEAL ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____

FOR: 1-30-08
FILED JAN 30 2008
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Maritza Santana

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: 08 CR 54
Court of Appeals: 08 CR 54

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes
- Name and address of employer: 
- IF YES, how much do you earn per month? $1400
- How much did you earn per month? $_____
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $1500
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $_____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account ☑ Yes ☐ No IF YES, state total amount $54

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $350,000 — 1/4 owner of 2-flat

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Total Debt | Monthly Payment |
|---|---|---|
| Countrywide Home loans | $155,000 | $2010 |
| Credit card debts | $10,000 | |
| Home equity loan | $16,000 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1/30/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Maritza Santana