# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                            Case No.: 1:08−cr−00054
                                                                     Honorable Matthew F. Kennelly

Maritza Santana

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing set for 6/5/2008 is vacated and reset to 6/11/2008 at 01:30 PM. Ordered time excluded from 6/5/2008 through 6/11/2008, pursuant to 18 U.S.C. 3161(h)(8)(i). (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.