## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 54 | **DATE** | 6/11/2008 |
| **CASE TITLE** | USA vs. Maritza Santana | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/16/2008 at 1:30 PM. Ordered time excluded from 6/11/2008 through 7/16/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(i). (X-T1)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|