## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 54 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Maritza Santana | | |

**DOCKET ENTRY TEXT**

Defendant Maritza Santana withdraws plea of not guilty and enters plea of guilty to Count One of Indictment. Plea colloquy held. Finding of guilty deferred pending further submissions by the parties. Cross submissions are due by 8/13/08. Status hearing is set for 8/19/08 at 1:30PM. Defendant must appear on 8/19/08 at 1:30PM. Time is excluded for the parties to make further submissions regarding guilty plea through 8/19/08 pursuant to 18:3161(h)(8)(A)(B). (T).

Docketing to mail notices.

00:29

| | Courtroom Deputy Initials: | RJ |
|---|---|---|