

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 54 | **DATE** | 8/29/2008 |
| **CASE TITLE** | USA vs. Maritza Santana | | |

**DOCKET ENTRY TEXT**

Enter Consent to modify conditions of release. Conditions are modified to have defendant undergo medical or psychiatric treatment as directed by Pretrial Services.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|