PS 42
(Rev. 2/05)

# United States District Court
## Northern District Of Illinois

United States of America    )
                            )
vs.                         )
                            )
Maritza Santana             )    Case No. 08 CR 54-1
                                 08CR54

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Maritza Santana____, have discussed with ____Tiffany A. Minarik____, Pretrial Services Officer, modifications of my release conditions as follows:

- undergo medical or psychiatric treatment as directed by Pretrial Services

Assistant U.S. Attorney Bethany Biesenthal was contacted, advised and has no objection to this modification.

I consent to this modification of my release conditions and agree to abide by this modification.

_Maritza Santana_  8-27-08            _[signature]_              8/27/08
Signature of Defendant  Date          Pretrial Services Officer  Date

                                      _Claudia M. Rios_
                                      Reviewed by:
                                      Claudia Rios, Supervising U.S. Pretrial Services Officer

I have reviewed the conditions with my client and concur that this modification is appropriate.

_John F. Murphy_                                              9/28/08
Signature of Defense Counsel                                  Date

☒ The above modification of conditions of release is ordered, to be effective on  8/29/08
☐ The above modification of conditions of release is not ordered.

_[signature]_                                                 8/29/08
Signature of Judicial Officer                                 Date