# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 54 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Maritza Santana | | |

**DOCKET ENTRY TEXT**

Defendant withdraws plea of not guilty and enters a plea of guilty to Count I of the indictment. Enter finding of guilty. Case referred to the Probation Office for the preparation of a presentence report. Sentencing set to 11/12/2008 at 1:30 PM. Ordered time excluded on remaining Counts, from 8/19/2008 through 11/12/2008, in the interest of justice, pursuant to 18 U.S.C. 3161(h)(8)(I). (X-T1)

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | OR |
|---|---|---|